# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO CERDA-GONZALEZ,<br><br>　　　　Defendant | Case No.: 16CR1810-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 21] |

Upon the motion of the government, good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment against Defendant Gerardo Cerda-Gonzalez in this case is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATE: ___9/16/16___　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ANTHONY J. BATTAGLIA
　　　　　　　　　　　　　　　　　　For:　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　United States District Judge